**COMMON SENSE ADOPTION SERVICES, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF PUBLIC WELFARE, Appellee.**

Nos. 137 MAP 2001–141 MAP 2001.

Supreme Court of Pennsylvania.

Dec. 13, 2001.

*ORDER*

PER CURIAM.

**AND NOW,** this 13th day of December, 2001, the above-captioned appeals are quashed without prejudice as untimely.

*ORDER*

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Justice NIGRO and Justice NEWMAN did not participate in the consideration or decision of this matter.

**Robert TALKISH, Barbara Talkish, William Milton and Mildred Milton,**

v.

**ZONING HEARING BOARD OF HARBORCREEK TOWNSHIP and Brookside Fire Company,**

v.

**Township of Harborcreek.**

**Appeal of Robert Talkish, Barbara Talkish, William Milton, and Mildred Milton.**

Supreme Court of Pennsylvania.

Argued March 5, 2001.

Decided Dec. 18, 2001.

**Michelle C. KMONK–SULLIVAN, George Laufer, Mary Marano, Abby L. Resnick, Lesia Cuccaro, Joseph Dziniak, Frank Scialabba, Cristy Holmes, Joseph Orth, Lisa Hopson, Jennifer Eggan, James Fierle, Donald Greg, Theodore Romano, Theodore J. Slippy, Robert Whalen, Mary Ann Woods, Geraldine Young, Jamie Winkler, Christena Kovatch, Jerry Kovatch, Christopher Blickenderfer, Joyce Calabrese, Richard Carryer, Shannon Moore, Eileen Rhodes, Doris Robinson, Robert Mowery, Jean Ryer, Nan Camp, Donna Tieren, John Caskey, Gloria Somerhalder, Karen Weil,**

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Nationwide Insurance Companies, Commercial Union Insurance Companies, Prudential Insurance Company Of America, Aetna, Inc, Erie Insurance**